**Mark C. JACKSON, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2009–7136.**

United States Court of Appeals, Federal Circuit.

Nov. 4, 2009.

William P. Rayel, Department of Justice, Michael J. Timinski, Amanda R. Blackmon, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Mark C. Jackson, Starke, FL, for Claimant–Appellant.

### ON MOTION

### *ORDER*

Upon consideration of Mark C. Jackson's motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.

(2) Each side shall bear its own costs.